UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Felipe Hernández Lazo,<br><br>         Petitioner,<br><br>    -v-<br><br>Kristi Noem, *in her official capacity, Secretary of the U.S. Department of Homeland Security*; Pamela Bondi, *in her official capacity, Attorney General of the United States*; Joseph B. Edlow, *Director of U.S. Citizenship and Immigration Services*; Carmen Nunez, *Supervisor, USCIS Long Island, New York Field Office*; Patrick J. Ryder, *in his official capacity, Commissioner of the Nassau County Police Department, responsible for oversight of ICE detainees held at the Nassau County Correctional Center*; Errol D. Toulon, Jr., *in his official capacity, Sheriff of Suffolk County, responsible for oversight of ICE detainees held at the Suffolk County Correctional Facility*,<br><br>         Respondents. | 2:25-cv-6639<br>(NJC) |

## ORDER

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 451 Doremus Ave, Newark, NJ 07105; and THE UNITED STATES MARSHAL, Eastern District of New York, United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722

NUSRAT J. CHOUDHURY, United States District Judge:

  The United States District Court for the Eastern District of New York commands U.S. Immigration and Customs Enforcement to have **petitioner Felipe Hernandez Lazo, A#073-228-540,** who is presently detained at Delaney Hall Detention Facility, 451 Doremus Ave, Newark, NJ 07105, to be brought under safe and secure custody to Courtroom 1040, before the

Honorable Nusrat J. Choudhury, United States District Judge, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **Friday, December 12, 2025 at 1:00 PM**.

It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain custody of Felipe Hernandez Lazo throughout the entire hearing.

While in the U.S. Courthouse for the Eastern District of New York, Mr. Hernandez Lazo shall be placed under safe and secure conditions deemed appropriate by the United States Marshal Service.

Thereafter, following the hearing, if the Court orders Mr. Hernandez Lazo to remain in detention, U.S. Immigration and Customs Enforcement shall return him under safe and secure custody to Delaney Hall Detention Facility, 451 Doremus Ave, Newark, NJ 07105. Alternatively, if the Court grants the petition and orders Mr. Hernandez Lazo released from detention, U.S. Immigration and Customs Enforcement shall immediately process Mr. Hernandez Lazo for release from Court, in consultation with the United States Marshal, in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement and the United States Marshal Service shall each bear their respective costs of implementing the terms of this order.

Dated: Central Islip, New York
December 5, 2025

                                              */s/ Nusrat J. Choudhury*
                                              NUSRAT J. CHOUDHURY
                                              United States District Judge